## United States Bankruptcy Court
### Northern District of Georgia

In re: **Lee Sanders Martin, IV**
**Theresa Michelle Steen**
Debtor(s)

Case No. **21-53037 - jwc**
Chapter **7**

## STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, __Lee Sanders Martin, IV__, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

■    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other

_____
_____
_____

I, ____, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐    I am unemployed; or

☐    I am self-employed; or

☐    My employer did not provide pay stubs.

☐    Other

_____
_____
_____

Date  April 16, 2021                              Signature  /s/ Lee Sanders Martin, IV
                                                             **Lee Sanders Martin, IV**
                                                             Debtor

Date  April 16, 2021                              Signature  /s/ Theresa Michelle Steen
                                                             **Theresa Michelle Steen**
                                                             Joint Debtor



Pinnacle Property Management Services, LLC (PPMS)    5055 Keller Springs Road, Suite 400 Addison, TX 75001    +1 (214) 8917800
Theresa Steen    310 Antler Way Woodstock, GA 30189

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Theresa Steen | Pinnacle Property Management Services, | 100154259 | 02/06/2021 | 02/20/2021 | 03/05/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 78.67 | 7,340.55 | 1,273.53 | 1,839.92 | 136.88 | 4,090.22 |
| YTD | 385.33 | 53,024.44 | 6,367.65 | 15,705.53 | 684.40 | 30,266.86 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | 02/06/2021 - 02/20/2021 | 8 | 84.7 | 677.60 | 4,065.60 | OASDI | 421.67 | 3,120.28 |
| Salary | 02/06/2021 - 02/20/2021 | 78.66666 | 0 | 6,662.95 | 32,637.15 | Medicare | 98.61 | 729.74 |
| Vacation Payout | | | 0 | | 16,321.69 | Federal Withholding | 995.46 | 9,320.80 |
| | | | | | | State Tax - GA | 324.18 | 2,534.71 |
| Earnings | | | | 7,340.55 | 53,024.44 | Employee Taxes | 1,839.92 | 15,705.53 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre Tax | 734.06 | 3,670.30 | Critical Illness | 13.88 | 69.40 |
| Dental Pre Tax | 31.05 | 155.25 | Group Legal - EE | 8.25 | 41.25 |
| Medical Pre Tax | 496.71 | 2,483.55 | Hosp Indemnity | 16.53 | 82.65 |
| Vision Pre Tax | 11.71 | 58.55 | Optional STD | 33.30 | 166.50 |
| | | | Vol Emp Life | 56.76 | 283.80 |
| | | | Vol Spouse Life | 7.75 | 38.75 |
| | | | Voluntary Child Life | 0.41 | 2.05 |
| Pre Tax Deductions | 1,273.53 | 6,367.65 | Post Tax Deductions | 136.88 | 684.40 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match Wages | 183.52 | 917.59 | OASDI - Taxable Wages | 6,801.08 | 50,327.09 |
| AD&D ER | 0.07 | 0.35 | Medicare - Taxable Wages | 6,801.08 | 50,327.09 |
| Dental ER | 0.90 | 4.50 | Federal Withholding - Taxable Wages | 6,067.02 | 46,656.79 |
| LTD ER | 10.74 | 53.70 | State Tax Taxable Wages - GA | 6,067.02 | 46,656.79 |
| Medical ER | 483.22 | 2,416.10 | | | |
| Term Life ER | 0.47 | 2.35 | | | |
| Employer Paid Benefits | 678.92 | 3,394.59 | | | |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | A - Single | Description | Accrued | Reduced | Available |
| Allowances | 4 | 4 | US Personal Holiday Plan | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | US Sick Leave Plan | 0 | 0 | 80 |
| | | | US Special PTO Bank | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Your Bank | Your Bank ******2343 | ******2343 | | 1,022.55 | USD |
| Renasant | Renasant ******5862 | ******5862 | | 3,067.67 | USD |



Pinnacle Property Management Services, LLC (PPMS)   5055 Keller Springs Road, Suite 400 Addison, TX 75001   +1 (214) 8917800
Theresa Steen   310 Antler Way Woodstock, GA 30189

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Theresa Steen | Pinnacle Property Management Services, | 100154259 | 02/21/2021 | 03/05/2021 | 03/19/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 7,340.55 | 1,273.53 | 1,839.93 | 136.88 | 4,090.21 |
| YTD | 472.00 | 95,599.59 | 7,641.18 | 30,018.50 | 821.28 | 57,118.63 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus - ICP | | | 0 | | 35,234.60 | OASDI | 421.67 | 5,726.49 |
| Holiday Pay | | | 0 | | 4,065.60 | Medicare | 98.62 | 1,339.26 |
| Salary | 02/21/2021 - 03/05/2021 | 86.66666 | 0 | 7,340.55 | 39,977.70 | Federal Withholding | 995.46 | 18,067.87 |
| Vacation Payout | | | 0 | | 16,321.69 | State Tax - GA | 324.18 | 4,884.88 |
| Earnings | | | | 7,340.55 | 95,599.59 | Employee Taxes | 1,839.93 | 30,018.50 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre Tax | 734.06 | 4,404.36 | Critical Illness | 13.88 | 83.28 |
| Dental Pre Tax | 31.05 | 186.30 | Group Legal - EE | 8.25 | 49.50 |
| Medical Pre Tax | 496.71 | 2,980.26 | Hosp Indemnity | 16.53 | 99.18 |
| Vision Pre Tax | 11.71 | 70.26 | Optional STD | 33.30 | 199.80 |
| | | | Vol Emp Life | 56.76 | 340.56 |
| | | | Vol Spouse Life | 7.75 | 46.50 |
| | | | Voluntary Child Life | 0.41 | 2.46 |
| Pre Tax Deductions | 1,273.53 | 7,641.18 | Post Tax Deductions | 136.88 | 821.28 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match Wages | 183.52 | 1,101.11 | OASDI - Taxable Wages | 6,801.08 | 92,362.77 |
| AD&D ER | 0.07 | 0.42 | Medicare - Taxable Wages | 6,801.08 | 92,362.77 |
| Dental ER | 0.90 | 5.40 | Federal Withholding - Taxable Wages | 6,067.02 | 87,958.41 |
| LTD ER | 10.74 | 64.44 | State Tax Taxable Wages - GA | 6,067.02 | 87,958.41 |
| Medical ER | 483.22 | 2,899.32 | | | |
| Term Life ER | 0.47 | 2.82 | | | |
| Employer Paid Benefits | 678.92 | 4,073.51 | | | |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | A - Single | Description | Accrued | Reduced | Available |
| Allowances | 4 | 4 | US Personal Holiday Plan | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | US Sick Leave Plan | 0 | 0 | 80 |
| | | | US Special PTO Bank | 0 | 0 | 0 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Renasant | Renasant ******5862 | ******5862 | | 3,067.66 | USD |
| Your Bank | Your Bank ******2343 | ******2343 | | 1,022.55 | USD |



Pinnacle Property Management Services, LLC (PPMS)    5055 Keller Springs Road, Suite 400 Addison, TX 75001    +1 (214) 8917800
Theresa Steen    310 Antler Way Woodstock, GA 30189

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Theresa Steen | Pinnacle Property Management Services, | 100154259 | 03/06/2021 | 03/20/2021 | 04/05/2021 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 86.67 | 7,340.55 | 1,273.53 | 1,839.93 | 144.63 | 4,082.46 |
| YTD | 558.67 | 102,940.14 | 8,914.71 | 31,858.43 | 965.91 | 61,201.09 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bonus - ICP | | | 0 | | 35,234.60 | OASDI | 421.67 | 6,148.16 |
| Holiday Pay | | | 0 | | 4,065.60 | Medicare | 98.62 | 1,437.88 |
| Salary | 03/06/2021 - 03/20/2021 | 86.66666 | 0 | 7,340.55 | 47,318.25 | Federal Withholding | 995.46 | 19,063.33 |
| Vacation Payout | | | 0 | | 16,321.69 | State Tax - GA | 324.18 | 5,209.06 |
| Earnings | | | | 7,340.55 | 102,940.14 | Employee Taxes | 1,839.93 | 31,858.43 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Pre Tax | 734.06 | 5,138.42 | Critical Illness | 13.88 | 97.16 |
| Dental Pre Tax | 31.05 | 217.35 | Group Legal - EE | 8.25 | 57.75 |
| Medical Pre Tax | 496.71 | 3,476.97 | Hosp Indemnity | 16.53 | 115.71 |
| Vision Pre Tax | 11.71 | 81.97 | Optional STD | 33.30 | 233.10 |
| | | | Vol Emp Life | 56.76 | 397.32 |
| | | | Vol Spouse Life | 15.50 | 62.00 |
| | | | Voluntary Child Life | 0.41 | 2.87 |
| Pre Tax Deductions | 1,273.53 | 8,914.71 | Post Tax Deductions | 144.63 | 965.91 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401K Match Wages | 183.52 | 1,284.63 | OASDI - Taxable Wages | 6,801.08 | 99,163.85 |
| AD&D ER | 0.07 | 0.49 | Medicare - Taxable Wages | 6,801.08 | 99,163.85 |
| Dental ER | 0.90 | 6.30 | Federal Withholding - Taxable Wages | 6,067.02 | 94,025.43 |
| LTD ER | 10.74 | 75.18 | State Tax Taxable Wages - GA | 6,067.02 | 94,025.43 |
| Medical ER | 483.22 | 3,382.54 | | | |
| Term Life ER | 0.47 | 3.29 | | | |
| Employer Paid Benefits | 678.92 | 4,752.43 | | | |

| | Federal | State | Time Off | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | A - Single | Description | Accrued | Reduced | Available |
| Allowances | 4 | 4 | US Personal Holiday Plan | 0 | 0 | 8 |
| Additional Withholding | 0 | 0 | US Sick Leave Plan | 0 | 0 | 80 |
| | | | US Special PTO Bank | 0 | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Renasant | Renasant *****5862 | *****5862 | | 4,082.46    USD |